

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Frederick H. Schrader v. Robert M. (Randy) Roach, Jr.

Appellate case number:        01-20-00183-CV

Trial court case number:      C-2018-59845

Trial court:                  189th District Court of Harris County

Appellant and Appellee's Joint Motion for Second Extension of Time to File Motion for Rehearing and En Banc Reconsideration, filed on September 30, 2021, is **GRANTED**. Any motion for rehearing or motion for en banc reconsideration of our August 31, 2021 opinion is due by November 4, 2021.

It is so **ORDERED**.

Judge's signature: /s/ Amparo Guerra
                   ☒Acting individually     ☐ Acting for the Court

Date: October 5, 2021